UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YASMANI TOYO LARA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ et al.,<br><br>Respondents. | Civil No. 26-14415-LTS |

JUDGMENT

October 20, 2026

SOROKIN, J.

Pursuant to the Court's Order dated October 16, 2026 (Doc. No. 13), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge